No. 89–56.  ALLEVATO, PERSONAL REPRESENTATIVE OF THE ESTATE OF FERRANTINO, ET AL. *v.* COUNTY OF OAKLAND ET AL.;

No. 89–79.  CITY OF DETROIT *v.* COUNTY OF OAKLAND ET AL.; and

No. 89–101.  YOUNG, MAYOR OF THE CITY OF DETROIT *v.* COUNTY OF OAKLAND ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–933.  CARPENTER ET AL. *v.* THOMAS.  C. A. 9th Cir. Certiorari denied.

No. 89–1287.  JACQUIN *v.* STENZIL, WARDEN.  C. A. 2d Cir. Certiorari denied.

No. 89–1296.  OKLAHOMA NATURAL GAS CO. *v.* WILLIAMS NATURAL GAS CO. ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 89–1377.  JOHNSTON *v.* TEXAS.  Ct. App. Tex., 14th Dist. Certiorari denied.

No. 89–1413.  HERNANDEZ-ESCARSEGA *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 89–1511.  AMERICAN MINING CONGRESS ET AL. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 89–1527.  RAILWAY LABOR EXECUTIVES' ASSN. ET AL. *v.* CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. C. A. 8th Cir.  Certiorari denied.

No. 89–1611.  REESE *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 89–1617.  BERNARD ET AL. *v.* GULF OIL CORP. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 89–1641.  NEWS/SUN SENTINEL CO. *v.* NATIONAL LABOR RELATIONS BOARD ET AL.  C. A. D. C. Cir.  Certiorari denied.